# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

April 10, 2019

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court, SDNY
United States Courthouse – Courtroom 619
40 Foley Square
New York, NY 10007

> Re:   **Claudio Navarro Zavala v. Trece Corp. et al.**
>        **Case No. 18cv-01382 (ER)**

Dear Judge Ramos:

This office is bankruptcy counsel to the corporate defendants Trece Corp. and 54 East Entertainment Inc. (collectively "Trece").  I wish to respectfully inform your Honor that Trece filed a bankruptcy petition under Chapter 11 of the United States Code on February 19, 2019 in the Eastern District of New York.  This bankruptcy proceedings have been accorded case numbers 19-40949 (ESS) and 19-40950 (ESS).  A true and correct copy of the Debtors' Notice of Bankruptcy Case Filing is annexed hereto.

Respectfully, we write to advise the Court of the bankruptcy filing and of the automatic stay now in effect pursuant to Section 362(a) of the Bankruptcy Code, which applies both to the Debtor and to the non-debtor individual defendants Joel Lim and Aesook Choi. The complaint herein seeks damages on account of alleged discrimination, unpaid overtime and wages by the corporate defendant Trece Consequently, the case cannot go forward without Trece's involvement because their books and records are essential to determine whether or not plaintiff is entitled to any recovery against Trece.

The automatic stay extends to the non-debtor co-defendants:

"[W]hen a claim against the non-debtor will have an immediate adverse economic consequence for the debtor's estate." *Queenie*, 321 F.3d at 287. Examples delineated by the Second Circuit include: (1) "a claim to establish an obligation of which the debtor is a guarantor," *Queenie*, 321 F.3d at 288 (citing *McCartney v. Integra Nat'l Bank N.*, 106 F.3d 506, 510–11 (3d Cir.1997)); (2) "a claim against the debtor's insurer," *Queenie*, 321 F.3d at 288 (citing *Johns–Manville Corp. v. Asbestos Litig. Group*, 26 B.R. 420, 435–36 (Bankr.S.D.N.Y.1983)); and (3) "actions where 'there is such identity between the debtor and the third-party defendant that the debtor may be said to be the real party defendant....' " *Queenie*, 321 F.3d at 288 (quoting *A.H. Robins*, 788 F.2d at 999).

*Uto v. Job Site Servs., Inc.*, 444 B.R. 222, 224 (E.D.N.Y. 2011) quoting *Queenie, Ltd. V. Nygard Int'l,* 321 F.3d 282, 287 (2d Cir. 2003).

Here, the corporate defendant and chapter 11 debtor, Trece, is the real party in interest. The liability of the individual defendants, if any, only arises if Trece has not properly paid their employees. And that determination, presently, lies with the Bankruptcy Court. Accordingly, the automatic stay should be extended to cover the non-debtor individual defendants.

I therefore respectfully request that your Honor stay this proceeding against both defendant Trece and the individual defendants.

Thank you for your consideration of the above.

Respectively submitted,

Lawrence F. Morrison, Esq.
Morrison Tenenbaum, PLLC
87 Walker Street, Floor 2
New York, NY 10013
T: (212) 620-0938
F: (646) 390-5095

CC: Counsel of record (VIA ECF)
Encl.

**M+T**

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 11 of the United States Bankruptcy Code, entered on 02/19/2019
at 11:14 AM and filed on 02/19/2019.

**Trece Corp.**
54 East 13th Street
New York, NY 10003
Tax ID / EIN: 45-5020579

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-19-40949.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor
and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-
1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/19/2019 11:15:04 | | | |
| **PACER Login:** | lfmorrison2007:2588979:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-19-40949 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 11 of the United States Bankruptcy Code, entered on 02/19/2019
at 11:23 AM and filed on 02/19/2019.



**54 East Entertainment Inc.**
54 East 13th Street
New York, NY 10003
Tax ID / EIN: 27-1537169

The case was filed by the debtor's attorney:

**Lawrence Morrison**
87 Walker Street Floor 2
New York, NY 10013
212-620-0938

The case was assigned case number 1-19-40950.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor
and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-
1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/19/2019 11:24:17 | | | |
| **PACER Login:** | lfmorrison2007:2588979:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-19-40950 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |