60 East 42nd St. Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
jbarton@faillacelaw.com

December 2, 2019

**MEMO ENDORSED**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Dec. 4, 2019

**VIA ECF**
Judge Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:　*Navarro Zavala et al v. Trece Corp. et al;*
　　　*1:18-cv-01382; U.S. District Court, Southern District of New York*

This firm represents Plaintiff in the above referenced matter. I write on behalf of the parties to request the case management conference scheduled for December 6, 2019 be adjourned for thirty days. This is the second request of its kind and is submitted on consent.

The parties are working diligently on finalizing their settlement agreement and fairness motion, but anticipate needing more time to complete their papers and to get the agreement fully executed.[1] As such, the parties respectfully request the case management conference scheduled for December 6, 2019 be adjourned thirty days.

Thank you for your attention.

Respectfully Submitted,

_____/s/_____
Jesse S. Barton, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel No. (212) 317-1200
Fax No. (212) 317-1620

Dec. 4, 2019

> The request is GRANTED. The case management conference is adjourned to January 16, 2020 at 10:30 AM.
> It is SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J
> Dated: Dec. 4, 2019
> New York, New York

---

[1] My wife gave birth to our second child last month, which delayed the progress of submitting this a bit.