# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

# MEMO ENDORSED

January 14, 2020

**VIA ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Navarro Zavala et al. Trece Corp. et al; 18-cv-1382-ER*

Your Honor:

    Our office represents Defendants in the above referenced matter. We write to respectfully request the case management conference currently scheduled for January 16, 2020 be adjourned for thirty days. The reason is because Defendants are working on fully executing the settlement agreement. Plaintiffs have consented to the proposed adjournment.

    This is Defendants' second request for an adjournment. The first request (Dkt. No. 39) was granted by Your Honor (Dkt. No. 40).

    We thank the Court for its time and consideration.

Respectfully Submitted,

By: \_/s/ Lawrence F. Morrison\_\_\_\_
Lawrence F. Morrison. Esq.
Morrison & Tenenbaum, PLLC
87 Walker Street, Floor 2
New York, New York 10013
Email: lmorrison@m-t-law.com
*Attorneys for Defendants*

---

The application is GRANTED. The conference scheduled for January 16, 2020 is adjourned to February 14, 2020 at 10:00am.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Jan. 15, 2020
New York, New York

---

CC: VIA ECF
Jesse S. Barton
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
(212)-317-1200